STARK COUNTY BAR ASSOCIATION *v.* TSCHOLL.

[Cite as Stark Cty. Bar Assn. *v.* Tscholl (1991), 57 Ohio St. 3d 211.]

(No. 90-1702—Submitted October 17, 1990—Decided February 27, 1991.)

*Baker, Meekison & Dublikar* and *Gregory A. Beck,* for relator.

*John A. Tscholl, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's finding of misconduct. We also agree with the board's recommendation. Accordingly, we order that respondent be publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.